

**Entered on Docket
April 06, 2010**

_Bruce A. Markell_

**Hon. Bruce A. Markell
United States Bankruptcy Judge**

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd South, Suite 200
Las Vegas, NV 89101
(702) 853-0700
kal13mail@las13.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

IN RE:
JANIE EMMA WILLIAMS-SMITH

CHAPTER 13
CASE NO: BKS-09-34277-BAM

Hearing Date:    March 25, 2010

Hearing Time:    1:30 pm

### ORDER CONFIRMING THE DEBTOR(S) PLAN #2 and AWARDING
### FEES TO THE DEBTOR(S) ATTORNEY

The confirmation of the Debtor's Plan and the allowance of Debtor attorney fees, having come on for hearing before the United States Bankruptcy Court, and there appearing the Chapter 13 Trustee or designee, and with good cause appearing, it is hereby

ORDERED that any Objections to Confirmation have been resolved, and it is further

ORDERED that the Court finds that Debtor(s) have filed all documentation required by 11 U.S.C. § 521(a)(1) and the requirements for Confirmation pursuant to 11 U.S.C §1325 have been met; and it is further

ORDERED that the CHAPTER 13 PLAN #2,  filed 03/24/2010, Docket #29, is confirmed; it is further

ORDERED that, pursuant to 11 U.S.C. § 330, the fees in the amount of $6,069.00 of which $1,600.00 was paid to such attorney prior to the filing of the petition and the balance of $4,469.00 which shall be paid by the Trustee pursuant to the Plan, shall be approved.

Submitted by:

/s/Kathleen A. Leavitt
CHAPTER 13 BANKRUPTCY TRUSTEE

Approved

 /s/AARON & PATERNOSTER
AARON & PATERNOSTER
2300 W Sahara Ave, Suite 650 Box 30
Las Vegas, NV  89102

Rev 12/8/2006